DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOHNNY RANDLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:07-cr-00254 LJO |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE SENTENCING AND ORDER THEREON |
| v. | ) ) | |
| JOHNNY RANDLE, | ) ) | Date: April 3, 2009 Time: 8:30 a.m. |
| Defendant. | ) ) ) | Court: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KEVIN P. ROONEY, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Johnny Randle, that the date for sentencing may be continued to April 3, 2009**. The date currently set for sentencing is March 6, 2009.  The requested new date is April 3, 2009, or the soonest date thereafter that is convenient to the court.**

Mr. Randle, along with several others, was originally charged with conspiracy to distribute cocaine base in a multi-defendant indictment.  The case arose out of a wiretap on the phone of the lead defendant, Charles Muhammad.  It appears that the defendants other than Charles Muhammad were primarily customers of Mr. Muhammad.  Charles Muhammad has entered a plea agreement and his sentencing date has twice been continued.  Muhammad's sentencing is currently scheduled for March 27, 2009.  Mr. Randle is requesting that his sentencing be continued to a later date based on his belief that the sentence

imposed on Mr. Muhammad, whom he believes is more culpable, should be considered by the court when sentence is imposed on Mr. Randle, in order to avoid the possibility of unwarranted sentencing disparity.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendants in a speedy trial.

                                                  LAWRENCE G. BROWN
                                                  Acting United States Attorney

DATED: March 3, 2009                      By /s/ Kevin P. Rooney
                                                    KEVIN P. ROONEY
                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff

                                                  DANIEL J. BRODERICK
                                                  Federal Defender

DATED: March 3, 2009                      By /s/ Eric V. Kersten
                                                    ERIC V. KERSTEN
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    Johnny Randle

## **O R D E R**

The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).  Good Cause exists.

IT IS SO ORDERED.

**Dated:    March 3, 2009**                             /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE